In the Matter of the Claim of JUNIUS A. WHITMIRE, Respondent, against BLAW-KNOX CONSTRUCTION COMPANY et al., Appellants.

STATE INDUSTRIAL BOARD, Respondent.

(Argued January 9, 1934; decided January 23, 1934.)

*Herbert F. Hastings, Jr.,* and *Everett F. Warrington* for appellants.

*John J. Bennett, Jr., Attorney-General (H. A. Robichon* of counsel), for State Industrial Board, respondent.

Order of the Appellate Division and award of the State Industrial Board reversed, and claim dismissed, with costs in all courts against the State Industrial Board, on the authority of *Matter of Proper* v. *Polley Bros.* (233 App. Div. 621; affd., 259 N. Y. 516). No opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.